Trustee Copy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  Wright, Rhonda C

       )
       )
       )

Case No.  07 B 12006

Judge  A. Benjamin Goldgar

Date   12/19/11

Debtor Attorney:

Robert J Semrad & Associates
20 S Clark St 28th Flr
Chicago, IL  60603

Rhonda C. Wright
2056 W 82nd Place
Chicago, IL  60620

Mail

Mail

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  Washington Mutual Bank FA

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 643663206 | $ 24,706.02 | $ 24,706.02 | $ 24,706.02 |
| Total Amount Paid by Trustee | | | | $ 24,706.02 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____  Through the Chapter 13 Conduit     __X__  Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 19th day of December, 2011.

12/19/11
Date

/s/ Rosalind Lanier

Marilyn O. Marshall
Chapter 13 Trustee
Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500

Debtor
Rhonda C. Wright
2056 W 82nd Place
Chicago, IL  60620

US Trustee
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

Claim Holder
Washington Mutual Bank FA
P O Box 44090
Jacksonville, FL  32231

Debtor Attorney
Robert J Semrad & Associates
20 S Clark St 28th Flr
Chicago, IL  60603

Attorney for Claim Holder
C/O Washington Mutual Bank FA
P O Box 44090
Jacksonville, FL  32231